PD-0251-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/5/2015 11:45:43 AM
Accepted 3/6/2015 3:11:20 PM
ABEL ACOSTA
CLERK

# PD-0251-15

NO. _____

3rd Court of Appeals No. 03-12-00751-CR

## COURT OF CRIMINAL APPEALS OF TEXAS

| | | |
|---|---|---|
| **LEONARD COX** | )( | **APPELLANT** |
| **VS.** | )( | |
| **THE STATE OF TEXAS** | )( | **APPELLEE** |

### APPELLANT'S MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

COURT OF APPEALS NO. 03-12-00751-CR (Tex. App. – Austin, affirmed by unpublished opinion, August 26, 2014).

TRIAL COURT NO. D1DC10-500333, 390th, Judicial District Court of Travis County, Texas.

**MAY IT PLEASE THE COURT:**

COMES NOW, LEONARD COX, Appellant in the above-styled and numbered cause, and moves this Court to grant an extension of time to file a Petition for Discretionary Review, pursuant to Rules 68.2(c) and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

**I.**

The Court of Appeals for the 3rd Judicial District of Texas, sitting in Austin, Texas, heard the case of Leonard Cox v. State of Texas, cause number 03-12-00751-CR. The Court rendered its judgment and opinion in this matter on August 26, 2014. Appellant filed a Motion for Rehearing in the 3rd Court of Appeals on September 26, 2014, which motion was corrected on September 29, 2014 and accepted by the Court's Clerk on October 10, 2014. Thus, the Motion was considered timely filed as of September 26, 2014. The Motion for rehearing was denied by the 3rd Court of Appeals on January 20, 2015. Appellant's Petition for Discretionary Review is

1

due for filing on March 6, 2015 pursuant to the fifteen day allowance time-period. Appellant did not file any other motions for rehearing or en banc consideration.

## II.

Appellant requests a sixty (60) day extension to file his Petition for Discretionary Review until and including May 05, 2015. Appellant has not sought any extension in this matter and in this Court prior to this Motion.

## III.

The reasons in support of this Motion are as follows: Appellant filed a Motion for Judicial Clemency in the 390th Judicial District Court of Travis, County, Texas. This Motion was set by the trial court to be heard on February 17, 2015. However, it appears that the trial court's coordinator set the hearing on that date which was a date the trial court did not hold hearings. Therefore, the Appellant's attorney in that matter, Neil Baron, Esq., asked the trial court to re-set the matter on a date which the trial court conducts hearings. That re-set date has yet to be communicated to the Appellant, but it is expected that the trial court will hold that hearing in March 2015. If the trial court grants the Appellant's motion for judicial clemency under Texas Rules of Criminal Procedure 42.12, then this matter in the Court of Criminal Appeals will be moot.

This motion is not made solely for delay but that justice may be done.

## REQUESTED RELIEF

WHEREFORE, Appellant requests the Court assign a number to this case and grant Appellant's motion to extend the time for Appellant to file a Petition for Discretionary review to and including May 05, 2015.

Respectfully submitted,

_(signature)_

Leonard Cox, Pro Se
4319 Raintree Court
Pasadena, Texas 77505
281 335 8999
281 532 0806 Fax
LawyerCox@LawyerCox.com

## CERTIFICATE OF SERVICE

On March 5, 2015, a copy of the foregoing document was served upon opposing counsel in accordance with the Texas Rules of Appellant Procedure and the Texas Rules of Criminal Procedure via email to: Lisa Stewart [Lisa.Stewart@traviscountytx.gov].

_(signature)_

Leonard Cox, Pro Se